# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ROBERT EUGENE DYAS**                                          **PLAINTIFF**

**V.**                  **CASE NO. 5:18-CV-242-BRW-BD**

**TERRY FORD, et al.**                                       **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Billy Roy Wilson. Plaintiff Robert Eugene Dyas may file written objections with the Clerk of Court. To be considered, objections must be filed within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If Mr. Dyas does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record.

**II.**     **Discussion:**

Mr. Dyas filed this lawsuit on September 25, 2018. (Docket entry #2) He was ordered to submit a completed *in forma pauperis* application or pay the filing fee within 30 days of September 26, 2018. (#3) To date, he has failed to comply with the Court's September 26, 2018 Order, and the time for doing so has passed. The Court specifically cautioned Mr. Dyas that his claims could be dismissed if he failed to comply with the order requiring him to address the filing fee requirement.

### III.     Conclusion:

The Court recommends that Mr. Dyas's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's September 26, 2018 Order.

DATED this 28th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE