IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT EUGENE DYAS                                                                                      PLAINTIFF

V.                              CASE NO. 5:18-cv-242-BRW-BD

TERRY FORD, *et al.*                                                                                  DEFENDANTS

## ORDER

The Court has received a Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Dyas's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 8th day of February, 2019.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE