**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**ROBERT EUGENE DYAS**                                                                    **PLAINTIFF**

**V.**                                        **CASE NO. 5:18-cv-242-BRW-BD**

**TERRY FORD,** *et al.*                                                                    **DEFENDANTS**

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 8th day of February, 2019.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE